**Order entered August 1, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00622-CV

### ALLIANCE FAMILY OF COMPANIES, ET AL., Appellants

### V.

### JAMISHA NEVAREZ, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01162**

## ORDER

Before the Court is appellee's July 31, 2018 unopposed motion for an extension of time

to file a brief. We **GRANT** the motion and extend the time to **August 29, 2018**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE